UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Venecia McLaren,<br>       Defendant,<br><br>and<br><br>AmeriCU Credit Union,<br>       Garnishee. | Case Number.: 5:25-cv-977 (GTS/MJK) |

## STIPULATED AGREEMENT

IT IS HEREBY STIPULATED AND AGREED between the United States of America, by and through its counsel, Assistant United States Attorney Melissa O. Rothbart, the Defendant, Venecia McLaren and the potentially interested third-party, Sharon Newton-McLaren (collectively referred to herein as "the Parties"), that:

1. On June 23, 2016, the United States obtained a judgment in the amount of $14,064.00 against the Defendant for criminal monetary penalties in the United States District Court for the District of Massachusetts. *See* Criminal Action No. 1:15-CR-10166, Judgment. On December 8, 2017, a transfer of jurisdiction was filed whereby the defendant's probation term, along with the collection of her restitution obligation, were transferred to the Northern District of New York. *See* Criminal Action No. 5:17-CR-385, Transfer of Jurisdiction (ECF No. 1).

2. As of August 11, 2025, the outstanding balance on the debt is $10,238.27.

3. On July 23, 2025, the United States filed a garnishment action naming AmeriCU Credit Union as garnishee.

4. On July 28, 2025, the United States served AmeriCU Credit Union with the garnishment paperwork thereby restricting all accounts in the Defendant's possession custody or control with AmeriCU Credit Union.

5. On July 30, 2025, AmeriCU Credit Union filed an answer outlining that it held two (2) non-exempt accounts in the Defendant's name: (1) a 6-month Certificate of Deposit xxxxxxxx0061 with a balance of $9,535.49; and (2) a Prime Share Account xxxxxxx50000 account with a balance of $750.48.

6. On August 8, 2025, the Defendant filed a response to the garnishment action (which has not yet been docketed by the Court). At this time, the Defendant wishes to withdraw her previously filed answer and proceed with the garnishment action.

7. The Defendant and the potentially interested third-party agree to voluntarily turnover the balance of the 6-month certificate 0061 as well as any portion of the Prime Share Account 50000 held by garnishee, AmeriCU Credit Union, which is necessary to satisfy the Defendant's outstanding judgment, not to exceed $10,238.27. Any balance remaining in either account after the judgment is satisfied in its entirety is to be released to the Defendant and the potentially interested third-party.

THEREFORE, the Parties agree that, upon the Court's approval, the Defendant and the potentially interested third-party will release any and all rights they may have to the 6-month certificate 0061 and Prime Share Account 50000 held by garnishee, AmeriCU Credit Union. The Garnishee shall turnover the funds to the Clerk of Court up to the outstanding balance of restitution owed, which is $10,238.27 as of August 11, 2025. Said payment shall be made payable to Clerk, U.S. District Court, Federal Bldg., 100 S. Clinton Street, P.O. Box 7367, Syracuse, New York 13261-7367, within 10 days the Court's signature. Any remaining balance is to be returned to the Defendant.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed and intend to be legally bound hereby, as of August 11, 2025.

DATED: 8/11, 2025

_____
Venecia McLaren

DATED: 8/11, 2025

_____
Sharon Newton-McLaren

**FOR THE UNITED STATES**

DATED: August 12, 2025

JOHN A. SARCONE III
Acting United States Attorney

By: _____
Melissa O. Rothbart
Assistant United States Attorney

*Digitally signed by MELISSA ROTHBART*
*Date: 2025.08.12 09:04:27 -04'00'*

**SO ORDERED:**

Dated: August 12, 2025

_____
Glenn T. Suddaby
U.S. District Judge